IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-2360 |
| § | |
| KASPER BIHLET, § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff Intermarine, Inc. filed a motion for a temporary restraining order. (Docket Entry No. 2). A hearing to address that motion is set for **August 22, 2013, at 5:00 p.m.,** in Courtroom 11-B, 515 Rusk, Houston, Texas. Counsel for plaintiff is required to effect service upon the defendant and provide a copy of this order.

SIGNED on August 13, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge