UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 4:13-cv-02360 |
| KASPER BIHLET, | ) |
|         Defendant | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES plaintiff Intermarine, LLC, through undersigned counsel, and files this notice of dismissal of all claims under Federal Rule of Civil Procedure 41(a)(1). Plaintiff hereby gives notice of the dismissal of this action without prejudice. As of the filing of this notice, defendant Kasper Bihlet has not served an answer or a motion for summary judgment. Intermarine, LLC specifically reserves all rights, including without limitation the right to refile its claims in another proceeding.

WHEREFORE Intermarine, LLC requests that the Clerk of Court file and note in the record the dismissal of this civil action.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Maureen Blackburn Jennings
Texas Bar No. 02385280
Attorney in Charge
Fed. I.D. No. 9523
Andrew A. Woellner
Texas Bar No. 24060850
Fed. I.D. No. 876537
One Allen Center
500 Dallas Street • Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388

**ATTORNEYS FOR PLAINTIFF INTERMARINE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Maureen Blackburn Jennings